# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 16–52124–mar
Chapter: 13
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
   Cindy L Horvath
   23668 Superior Rd
   Taylor, MI 48180

Social Security No.:
   xxx–xx–7294

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*48* – Trustee's Motion to Dismiss Case, Notice of Motion, with Certificate of Service. For Failure to Comply with ACH Agreement and Failure to Remit Tax Refunds. Response due by 12/22/2017. (^Carroll, Krispen (TNG))

will be held on: 1/31/18 at 10:00 AM at Courtroom 1825, 211 West Fort Street Bldg., Detroit, MI 48226

Dated: 12/27/17

                          BY THE COURT

                          Katherine B. Gullo, Clerk of Court
                          U.S. Bankruptcy Court